FILED
JAN 24 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER 12-mj-3033 DGW |
| ) | |
| DENIS JOINER and ) | 18 U.S.C. §§ 371 and 922(u) |
| ) | |
| ANTOINE WHITE, ) | |
| ) | |
| Defendants. ) | |

## CRIMINAL COMPLAINT

I, Brian Giovingo, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### Stealing Firearm from Federal Licensee

On or about December 24, 2011, in Marion County, within the Southern District of Illinois,

**DENIS JOINER and**

**ANTOINE WHITE,**

defendants herein, aided and abetted by each other and by Kevin Winford and Earl Warner (now deceased), did knowingly steal and take away from the premises of a person who is licensed to engage in the business of dealing in firearms, a firearm in the licensee's business inventory that had been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Section 922(u), and Section 2.

## COUNT 2

**Conspiracy to Steal Firearm from Federal Licensee**

From on or about December 23, 2011, through on or about December 24, 2012, in Marion County, within the Southern District of Illinois, and elsewhere,

**DENIS JOINER and**

**ANTOINE WHITE,**

defendants herein, did knowingly conspire with each other and with Kevin Winford and Earl Warner (now deceased) to commit an offense against the United States – that is, to steal and take away from the premises of a person who is licensed to engage in the business of dealing in firearms, a firearm in the licensee's business inventory that had been shipped and transported in interstate and foreign commerce.

### Manner and Means of the Conspiracy

It was part of the conspiracy that the defendants would travel from Chicago, Illinois, to the Southern District of Illinois, in order to burglarize a firearms dealership so that the defendants could obtain firearms;

It was further part of the conspiracy that defendants would in fact burglarize such a firearms dealership.

It was further part of the conspiracy that defendants would then return to Chicago, Illinois, and there offer to sell such firearms stolen from a firearms dealership in the Southern District of Illinois.

### Overt Acts

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Southern District of Illinois and elsewhere:

On or about December 23, 2011, Defendants Denis Joiner and Antoine White, and co-conspirators Kevin Winford, and Earl Warner, obtained a rental vehicle in Chicago, Illinois, in which they intended to drive to the Southern District of Illinois.

On or about December 23, 2011, Defendants Denis Joiner and Antoine White, and co-conspirators Kevin Winford and Earl Warner in fact drove to the Southern District of Illinois in said rental vehicle with the intention of burglarizing a firearms dealership.

On or about December 23, 2011, Defendants Denis Joiner and Antoine White, and co-conspirators Kevin Winford and Earl Warner entered Lowe's, Inc., in Carbondale, Illinois, where each of them picked up one of four plastic 12-gallon storage "totes," which they intended to use in a burglary of a firearms dealership. Defendant Antoine White paid for said totes.

On or about December 23, 2011, co-conspirator Kevin Winford purchased a set of bolt cutters at said Lowes store, which Winford intended to use in a burglary of a firearms dealership.

On or about December 24, 2011, at approximately 12:59 a.m., Defendant Denis Joiner, using bolt cutters, broke the glass door and cut the padlock to DT Enterprises, also known as Hunting Stuff, a federally licensed firearms dealer, in Salem, Illinois, within the Southern District of Illinois.

After Defendant Joiner broke into DT Enterprises, Earl Warner pulled the gate open and entered DT Enterprises, followed by Defendants Denis Joiner and Antoine White and co-conspirator Kevin Winford.

After entering DT Enterprises, Defendants Denis Joiner and Antoine White, and co-conspirators Kevin Winford and Earl Warner seized over 100 firearms and placed them in the rental vehicle that they rode in.

On or about December 24, 2011, Defendants Denis Joiner and Antoine White, and co-conspirators Kevin Winford and Earl Warner traveled to Chicago with the firearms that they had stolen from DT Enterprises.

At some time after they returned to Chicago, Defendants Denis Joiner and Antoine White, and co-conspirators Kevin Winford and Earl Warner sold some of the firearms that they had stolen from DT Enterprises.

All in violation of Title 18, United States Code, Sections 371 and 922(u).

### AFFIDAVIT

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and that this complaint is based on the following facts:

1.  Your affiant has been provided the following information from the ongoing investigation by ATF Special Agent Paul Heiser and Salem, Illinois Police Detective Bryan Green regarding the theft of 125 firearms from a federal firearms licensee, DT Enterprises in Salem, Illinois on December 24, 2011.

2.  On December 24, 2011, at approximately 12:59 AM, the Salem, Illinois Police Department received a front entry and exit alarms at the DT Enterprises, aka Hunting Stuff, a Federal Firearms Licensee in Salem, Illinois. The Salem Police Officers arrived a few minutes later to find that a burglary had occurred. The officers reported that the glass was smashed out of the front door, and that there were firearms observed on the ground in the parking lot as well as three plastic totes. The officers further observed that the security gate inside the front door had been broken open as well. The officers illuminated the interior of the building with their flashlights and observed glass display cases that had the glass broken out of the cases with firearms on the ground with a large amount of broken glass strewn about the floor. The officers conducted a search for any suspects or suspect vehicles with negative results. The scene was secure and Salem Detective Bryan Green was requested to respond to process the scene.

3. At approximately 1:30 AM, Detective Green arrived at the DT Enterprises and initiated his investigation. Detective Green determined that there was video surveillance on the DT Enterprises burglary, which was operated and recorded by the adjacent business Pawn World. Both Pawn World and DT Enterprises are operated by the same person, James Deplanty.

4. Detective Green reviewed the surveillance video and observed the first a male black suspect appear on the video at approximately 12:30 AM, where he looked into the front window of the Pawn World store and then DT Enterprises store. A short time later, two more black male suspects joined the first suspect, and they all looked into the Pawn World and DT Enterprises windows. All these subjects walked to the store from the east and were wearing hooded sweatshirts and/or coats, appeared to be partially covering their faces with their hand and arms. These suspects then left the area on foot running to the East.

5. Detective Green further observed a dark colored four door vehicle pull up to the front of the DT Enterprises. A front door security camera captured the suspect vehicle pulling up in front of the business with the trunk ajar. The four suspects exited the suspect vehicle and removed four clear storage totes from the trunk of the vehicle. Detective Green stated that one of the suspects used an object to break the front glass of the entry door which was primarily glass surrounded by a metal frame. The surveillance video then showed that they crawled in through the bottom half of the door. Detective Green then determined that they cut a pad lock off of the steel foldable security gate which originally prevented them from going further inside the store. Detective Green further determined that they carried the plastic storage totes into the store and broke the glass out of the three counter height display cases containing numerous firearms (handguns.)

6. Detective Green stated the video displayed the four subjects carrying out four plastic totes which appeared to be filled with firearms. The totes were each filled with hand guns and then

carried out of the store where the surveillance video recorded the suspects dumping the firearms from the totes into the trunk of the suspect vehicle. One of the suspects dropped his tote while attempting to dump their contents into the trunk of the vehicle, and a few of the firearms fell onto the pavement. The suspects can be seen picking the firearms up off of the pavement and throwing them into the trunk of the vehicle. The suspects further placed one of the four filled totes into the passenger compartment of the vehicle where the rest of the suspects entered the vehicle and the vehicle sped away. Three of the totes were left behind at the DT Enterprises parking lot. Detective Green determined that the incident lasted just under two minutes and their activity activated an alarm at the business. All four subjects were working collectively to steal the firearms and each had their own responsibility in carrying out the burglary.

7. Detective Green processed the scene and collected evidence. Detective Green seized three plastic totes, a damaged pad lock, and seized pieces of glass and black manuals that appeared to have foot wear impressions on them, that were left behind by the suspects. Detective Green also photographed tire marks left behind from the suspect vehicle driving from a gravel parking lot to a paved lot.

8. On December 27, 2011, ATF Fairview Heights Field Office was notified about the incident and ATF Special Agent Paul Heiser was assigned to assist Salem Police Department with the investigation.

9. Special Agent Heiser conducted an interview with the DT Enterprises store manager, Cory Tolka, who could not provide any leads or suspects besides allowing investigators to review their surveillance video. Mr. Tolka's initial estimated loss from this incident was $50,000-60,000. Mr. Tolka later informed investigators that he receives firearms from out of state businesses and sells those firearms to the public.

10. On December 28, 2011, S/A Heiser and Detective Green conducted an area canvass and requested video surveillance from some of the local businesses such as a Gas Station by the name of Jumpin Jimmy's. S/A Heiser also went to the Salem Police Department, where he took a photograph and noted the description of the three clear plastic totes that had been left at the DT Enterprises parking lot. The totes were manufactured by Centrex Plastics LLC in Findlay, Ohio. The totes had an Item number of #062653 and model #002, and were further described as being a "12 gallon storage tote." These totes were originally sold with "foldable lids" which were not attached on these totes when seized.

11. S/A Heiser subsequently contacted Centrex Plastics and inquired about their distribution of the totes with the make and model number listed above. Deborah Rinehart, a Customer Service Manager for Centrex Plastics, provided a list of Lowe's Stores that sold four of the totes on the same purchase at the area Lowe's Stores within a certain area of Salem, Illinois.

12. The Lowe's Store #493 in Carbondale, Illinois was listed as a store that sold four of the same totes on December 23, 2011. Detective Green and S/A Heiser went to the Lowe's Store in Carbondale, Illinois and met with the store manager who pulled up the purchase of the four totes on their video security system. A review of the video showed that four young black males arrived at the store in a small black vehicle and entered the store at approximately 4:00 PM. The four subjects (later identified as Defendants Denis Joiner and Antoine White, and co-conspirators Kevin Winford and Earl Warner) went to the front entrance and grabbed four plastic totes, where each of them can be seen individually carrying a tote inside the store.

13. The four totes were subsequently put into a shopping cart and one of the four black males (Antoine White) paid $25.89 cash for four of the totes which were priced at $5.98 each. The time of the sale was 4:25 PM. These four subjects can also be seen in the tool area where

investigators believe that they later removed the price tag on a $19.98 Kobalt 18" bolt cutters and placed the tag on a Kobalt 24" inch bolt cutters ($49.98) and purchased the Kobalt 24" bolt cutters at the 18" bolt cutter price. The black male subject that purchased the bolt cutters was a large framed, heavy set male wearing a blue hooded jacket, blue jeans, and tan boots, later identified as Kevin Winford. He had short braids, a round face, and appeared to be late teens or early twenties in age. He paid $21.63 cash at 4:28 PM, and the clerk handed the other black male subject with him the coin change. All four subjects are seen on the video as they walked out and got into a small black car. The vehicle left the lot at approximately 4:30 PM. A couple of these subjects appeared to be using their cellular phones while inside the Lowe's Store. Investigators located the 18" bolt cutters without a price tag in the tool area and took possession of the bolt cutters to be examined by ISP laboratory for fingerprint analysis.

14. On January 1, 2012, the Chicago Police Department responded to several loud gun shots being fired in the area of Marquette and Indiana Streets in Chicago, Illinois. S/A Heiser read and reviewed the report, which indicated that the officers observed Kevin WINFORD and Denis JOINER holding firearms up in the air and firing them rapidly. The report further stated that WINFORD and JOINER observed the officers and fled on foot into the apartment of 129 East Marquette, apartment 3, Chicago, Illinois. The officers pursued WINFORD and JOINER as they ran through the apartment and out through the apartment's back door. The officers observed WINFORD throw a firearm, later determined to be a Sig Arms, model SP2340, .40 caliber, bearing a serial number of SP0018300 handgun, down the back stairwell which was recovered. This firearm was later determined to be stolen from a FFL burglary of the Gun Doctor in Roselle, Illinois on October 10, 2011. WINFORD was subsequently arrested. JOINER was able to get away, but officers were able to recover Glock, Model 19 GEN4, 9 mm, bearing serial number PPK844 that he reportedly threw down in the "rear gang way." This firearm was also later determined to be stolen

from a FFL burglary of the Gun Doctor in Roselle, Illinois on October 10, 2011. The officers went back through the apartment that WINFORD and JOINER ran through and recovered three DT Enterprises stolen firearms; a Taurus, model M94, .22 caliber revolver firearm, bearing serial number DS36746; a Hi-Point JHP .45ACP caliber, bearing serial number X4179392, and a Ruger Super Red Hawk 44 Mag, bearing serial number 550-70231. Chicago PD took these firearms into evidence, and they are being held for forensic examination.

15. Investigators obtained the booking photograph of WINFORD's arrest by Chicago PD and compared it to the Lowe's surveillance video and noticed a similar resemblance of it being the same person who purchased the Kobalt bolt cutters. SA Heiser was informed that ATF Chicago is investigating another FFL burglary Rinks in Lockport, Illinois were WINFORD's fingerprints were discovered on a storage bin left at the scene of that burglary.

16. On January 17, 2011, Detective Green received the previously requested security video from the Jumpin Jimmy's Gas Station in Salem, Illinois, in and around the time of the DT Enterprises FFL burglary. A review of this video revealed that a person matching WINFORD's description walked inside the store at approximately 12:38 AM and purchased gas for a small black four door vehicle.

17. Det. Bryan Green applied for and received search warrants to obtain cell tower usage information in and around the time of the DT Enterprises FFL burglary. A review of the Verizon Cell Tower search warrant results provided a cellular number of 224-567-2842. Investigators received information from a Detective John Rice, Des Plaines, Illinois Police Department that a person that they interviewed (a juvenile) regarding an FFL burglary in their town on January 15, 2012, indicated that WINFORD's cellular phone number was 224-567-2842. These investigators were provided consent to search the phone and the number 224-567-2842 was listed in the contacts as "Kevo." This juvenile also identified WINFORD and another individual he stated was Earl

WARNER in a Lowe's Surveillance Store video snap shot that was provided to the Detectives by S/A Heiser. Earl WARNER's DNA was matched at both the Rinks FFL and Dunns FFL burglaries. Earl WARNER was murdered on December 31, 2012 in Chicago, Illinois.

18. On January 17, 2012, WINFORD was arrested by the Chicago Police Department in the early morning hours where he was a passenger in a vehicle that was being driven by Denis JOINER. Chicago Police reported that JOINER rammed the police cars while he attempted to elude them. JOINER was able to get away, but WINFORD was subsequently arrested. WINFORD was wearing tan boots with a lug type sole. Detective Bryan Green observed the sole of WINFORD's boots which has a unique lug pattern which appeared to be a match to the foot ware impressions that Detective Green obtained from the DT Enterprises FFL burglary. The vehicle that JOINER was driving was registered to Antoine WHITE's mother.

19. On January 17, 2012, the Chicago Police Department conducted a consent to search at the residence of Michelle Doty, 6253 South Michigan Avenue, Apartment 1107, Chicago, Illinois. Michelle Doty is the mother of Antoine WHITE. Ms. Doty escorted the investigators to an area of the apartment where she indicated was Antoine WHITE's room. Investigators found indicia of evidence, such as two pieces of mail addressed to Antoine WHITE, which indicated that it was Antoine WHITE's room. Investigators found a blue bin in the closet of the bedroom that contained seven boxes of 9mm ammunition and two boxes of .40 caliber ammunition and a Taurus 22 Magnum Tracker Revolver, bearing serial number EP398221. This firearm was one of the 125 firearms stolen from the DT ENTERPRISES.

20. On January 18, 2012, S/A Heiser and Det. Green interviewed Darrell HOLMES regarding his knowledge of WINFORD and others committing a gun store burglary in southern Illinois. HOLMES stated he was friends to Kevin WINFORD, Denis JOINER, Antoine WHITE, and Earl WARNER. HOLMES stated he was staying at Denis JOINER'S apartment at 67th and

Indiana, in Chicago, Illinois. HOLMES indicated that this is the same address that WINFORD was arrested at on January 1, 2012, and Chicago Police seized stolen firearms. HOLMES stated that Earl WARNER had Michael Abraham's sister rent a car for WARNER a few days before Christmas. HOLMES stated the car was black and small and HOLMES remembered Earl WARNER complaining about how small the vehicle was. HOLMES stated that he believed WINFORD had family members that lived down near the area of the gun store burglary.

21. HOLMES further stated that WARNER indicated that it was about a six hour drive. HOLMES stated that Kevin WINFORD, Antoine WHITE, Earl WARNER, and Denis JOINER left the Chicago area in the rental car a couple days before Christmas and had packed suitcase to stay overnight. HOLMES was not sure of the date, but stated that he thought they returned in the morning hours on the 23rd of December (6-7 AM) to the apartment at 67th and Indiana (JOINER residence.) HOLMES stated that they removed the clothes from the suitcases in the trunk of the vehicle and placed the guns in the black suitcase and brought them inside the residence (apartment.) HOLMES stated that JOINER told him that they took 116 guns, all handguns, such as; revolvers, 9mm, etc. HOLMES stated that he assisted them by bringing their clothes from the trunk to the apartment. HOLMES stated that they said they were chased by the police but lost them, just before they got to the apartment. HOLMES identified WINFORD in the Jumpin Jimmy's Gas Station surveillance video and also on the Lowe's surveillance video.

22. On January 18, 2012, ATF S/A Cindy Bernd and Tony Heiserman conducted an interview with Kevin WINFORD's uncle, Dantrell WINFORD at the Chicago Police Department. The agents displayed a still of the subject who investigators believe to be Kevin WINFORD on the security video from Jumpin Jimmy's Gas Station in Salem, Illinois. Dantell WINFORD looked at the still photo and informed the agents that the person in the photo was Kevin WINFORD.

23. On January 18, 2012, Kevin WINFORD was interviewed by SA Cindy Bernd and Salem Detective Bryan Green. WINFORD was advised of his Constitutional Rights and agreed to talk to investigators. WINFORD signed a hand written statement prepared by SA Bernd which WINFORD admitted to being involved in the burglary of the DT ENTERPRISES in Salem, Illinois, RINKS FFL burglary (11/05/11) in Lockport, IL, and the Maxon FFL burglary (01/15/12) in Des Plaines, Illinois. WINFORD stated that Denis JOINER, Antoine WHITE, and Earl WARNER all went into the gun store in Salem, Illinois and removed approximately "100 or so" guns.

24. WINFORD stated that JOINER broke the glass door with bolt cutters, that they bought in Carbondale, Illinois and JOINER cut the lock on the gate inside the store. WINFORD continued that WARNER pulled the gate open and was the first in the store and yelled "oh shit" because there were so many guns. WINFORD then stated that WHITE went in next and then WINFORD and JOINER followed. WINFORD said that JOINER broke the glass with the bolt cutters and each of them brought the totes into the store and filled them up with guns. WINFORD stated he remembered one of the totes broke when they were taking them to the car, and thought WHITE and WARNER picked up the guns and threw them into the trunk. WINFORD stated that they put one tote of guns in the back seat and emptied the other totes into the trunk. WINFORD said they left totes behind, and WHITE drove them to JOINER'S house where they counted out approximately 100 guns.

25. On January 20, 2012, ATF S/A Daniel Owens conducted an interstate nexus on the 125 firearms that were stolen from the DT Enterprises burglary. It is the opinion of SA Owens that the aforementioned firearms were not manufactured in the State of Illinois and had to have traveled in and affected interstate commerce to be physically present in the State of Illinois.

26. On January 23, 2012, Illinois State Police Forensic Fingerprint Examiner Lisa O'Daniel contacted Detective Green and informed him that she lifted two latent prints from the totes

that were left behind at the DT Enterprises parking lot following the burglary, and they matched Antoine WHITE (AFIS Hit) and Denis JOINER from his Illinois State Identification Fingerprint Card.

FURTHER AFFIANT SAYETH NAUGHT.

BRIAN GIOVINGO
Special Agent
Alcohol, Tobacco, Firearms and Explosives

State of Illinois      )
                       )  ss
County of St. Clair    )

Sworn to before me and subscribed in my presence on the 24th day of January, 2012, at East St. Louis, Illinois.

DONALD G. WILKERSON
United States Magistrate Judge

STEPHEN R. WIGGINTON
United States Attorney

STEPHEN B. CLARK
Assistant United States Attorney