IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NUMBER 12-mj-3033 DGW |
| DENIS JOINER, ) | |
| Defendant. ) | |

**WARRANT FOR ARREST**

TO:   The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DENIS JOINER and bring him or her forthwith to the nearest Magistrate Judge to answer a Complaint charging him or her with Stealing a Firearm from a Federal Licensee, in violation of Title 18, United States Code, Section 922(u), and with Conspiracy to Steal a Firearm from a Federal Licensee, in violation of Title 18, United States Code, Sections 371 and 922(u).

DONALD G. WILKERSON
Name of Issuing Officer

*/s/ Donald G. Wilkerson*
Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

1/24/12, East St. Louis, IL
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $_____ by _____
Name of Judicial Officer