# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) DENIS JOINER and ) ANTOINE WHITE, ) ) Defendants. ) | Case No.: **12-mj-3033-DGW** |

## ORDER

Plaintiff's Motion to Dismiss the Criminal Complaint in this case is hereby GRANTED. Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the Complaint is hereby DISMISSED in light of the filing of a Superseding Indictment in Criminal Case No. 12-CR-30020-DRH, which charges Denis Joiner and Antoine White with criminal offenses relating to the same incidents alleged in the Criminal Complaint.

So Ordered: March 15, 2012   *s/Donald G. Wilkerson*
HON. DONALD G. WILKERSON
United States Magistrate Judge